TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00074-CV







Lincoln Austin/Oaks Partnership, Appellant



v.



City of Austin and Braker Phase III, Ltd., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT


NO. 95-04301, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING







PER CURIAM


 Appellees' have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellees' Motion

Filed: May 22, 1996

Do Not Publish